CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSOLIDATED EDISON
CO. OF NEW YORK INC
ET AL
_____ Plaintiff

v.

SAMUEL BODMAN
SEC. OF ENERGY US
ET AL
_____ Defendant

Civ CASE NUMBER 1:06CV01522

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/29/2006

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for _CONSOLIDATED EDISON CO., LONG ISLAND LIGHTING CO. ORANGE & ROCKLAND UTILITIES, SAN DIEGO GAS & ELECTRIC, PACIFIC GAS & ELECTRIC, INTERNATIONAL PAPER, WEYERHAUSER CO_ certify that to the best of my knowledge and belief ~~the following are parent companies, subsidiaries~~ MEAD WESTVACO INTERNATIONAL PAPER CO. WEYERHAUSER CO & MEAD WESTVACO CORP ARE PUBLICLY ~~or affiliates of~~ _____, ~~which have any outstanding securities in~~ OWNED CORPORATIONS. CONSOLIDATED EDISON CO., ORANGE & ROCKLAND UTILITIES ARE ~~the hands of the public:~~ WHOLLY OWNED SUBSIDIARIES OF A PUBLICLY HELD CORPORATION CONSOLIDATED EDISON INC. PACIFIC GAS & ELECTRIC IS A WHOLLY OWNED SUBSIDIARY OF A PUBLICLY HELD CORP. PG&E CORPORATION. SAN DIEGO GAS & ELECTRIC IS A WHOLLY OWNED SUBSIDIARY OF A PUBLICLY HELD CORP, SEMPRA ENERGY. LONG ISLAND LIGHTING CO. IS A WHOLLY OWNED SUBSIDIARY OF LONG ISLAND POWER AUTHORITY, A CORPORATE MUNICIPAL INSTRUMENTALITY OF STATE OF NEW YORK.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Philip P. Kalodner_
Signature

Philip P. Kalodner
Print Name

973578
Bar Identification Number

208 Righters Mill Rd
Address

Gladwyne   PA   19035
City   State   Zip

610-649-8749
Telephone Number

3