<u>EXHIBIT A</u>

<u>WAIVER OF RIGHT TO RECOVER A COMMON FUND FEE</u>

Philip P. Kalodner, an attorney-at-law who has asserted a claim to a common fund fee in the amount of 10% of a distribution of crude oil refunds by the U.S. Department of Energy ("DOE") to claimants approved by the DOE, which proposed distribution is the subject matter of a Federal Register Notice of Proposed Procedures For Distribution of Remaining Crude Oil Overcharge Refunds at 70 Fed. Reg. 57274 (September 30, 2005) hereby waives the right to charge any common fund fee which has been or will be awarded to the claimants listed on the attached sheets (i) through (v), with whom he has fee agreements, and as to each of whom he has on file with the Office of Hearings and Appeals both Powers of Attorney authorizing and directing that distribution be to him as attorney and an Escrow Certification Statement:

                                                            _____

                                                            Philip P. Kalodner

October 25, 2005                            Attorney At Law

| | |
|---|---|
| RF 272-283 | Consolidated Edison Co. Of New York<br>4 Irving Place<br>New York, NY 10003 |
| RF 272-286 | Orange and Rockland Utilities<br>4 Irving Place<br>New York, NY 10003 |
| RF 272-284 | Long Island Lighting Vo.<br>175 East Old Country Rd.<br>Hicksville, NY 11801 |
| RF 272-282 | Southern California Edison Co.<br>2244 Walnut Grove Ave.<br>Rosemead CA 91770 |
| RF 272-287 | Pacific Gas & Electric Co.<br>77 Beale St.<br>San Francisco CA 94105 |
| RF 272-285 | San Diego Gas & Electric Co.<br>555 West Fifth St.<br>San Diego CA 90013 |
| RF 272-6446<br>RF 272-280<br>RF 272-281<br>RF 272-387 | International Paper Company<br>6400 Poplar Ave.<br>Memphis, TN 38197<br>(Includes Champion International, Federal Paper Board, Union Camp) |
| RF 272-279 | Weyerhauser Company<br>9777 Federal Way, Washington 98063 |
| RF 272-67316 | MeadWestvaco Corporation<br>1 Highridge PARK<br>Stamford, CT 06904 |
| RF 272-40 | Gulf States Paper Corp.<br>1400 River Road<br>Tuscaloosa, AL 35405 |
| RF 272-5189 | Technographics Inc. Liquidating Trust<br>C/o Richard Floor, Goodwin Proctor<br>Exchange Place, Boston MA 02109 |
| RF 272-55119 | Hollingsworth & Vose<br>112 Washington St.<br>East Walpole, MA 02032 |

```
RF 272-55836          Avondale Mills Inc.
                      506 S. Broad St.
                      Monroe, Georgia 30655

RF 272-6447           Little Rapids Corp.
                      P.O. Box 19100
                      Green Bay, Wisconsin 54307

RK 272-239            Ton Inman Trucking
RK 272-240            Boss-Linco Lines Inc.
                      L.K. Inc.
                      c/o William Henderson Esq.
                      P.O. Box 324 Hanson KY 42413

RK 272-4226           Wilson Freight & Strickland, Estate of
                      C/o Anderson, Kill & Olick
                      1252 Avenue of the Americas
                      New York, NY 10020

RF 272-267            Nippon Yusen Kaisha Ltd.
RF 272-274            Showa Line Ltd.
                      C/o NYK Bulkship (USA) Inc.
                      300 Lighting Way
                      Secaucus, NJ 07094

RF 272-266            Kawasaki Kisen Kaisha Ltd.
                      17011 Beach Blvd.
                      Huntington Beach, CA 92647

RF 272-275            Mitsui O.S.K. Lines Ltd.
RF 272-271            Japan Line Ltd.
RF 272-268            Yamashita-Shinnihon Steamship Co.
                      c/o MOL (America) Inc.
                      160 Fieldcrest Ave
                      Edison NJ 07094

RF 272-277            Island Navigation Corp.
                      c/o OOCL
                      30th Floor Harbour Centre
                      25 Harbour Road Wnachai, Hong Kong

RF 272-272            Star Shipping A/S
                      Fortunen 1, PB 1088
                      5001 Bergewn, Norway

RF 272-61370          Vergottis (London) Ltd.
                      now Vermar Shipping Co. Ltd.
                      Cardillo & Corbett
                      22 Broadway
                      New York, NY 10006
```

(ii)

| | |
|---|---|
| RF 272-276 | NV Bocimar S.A.<br>De Gerlachekaai 20<br>B-2000 Antwerp, Belgium |
| RF272-7644 | Trade & Transport Inc.<br>c/o Brokerage & Management Corp.<br>90 Broad St., Suite 2400<br>New York, NY 10004 |
| RF 272-52846 | P & O Bulk Carriers Ltd.<br>227 Smull Ave.<br>North Caldwell, NJ 07006 |
| Rf 272-52847 | J. Lauritzen A/S<br>28 Skt. Annae Plads<br>DK-1291 Copenhagen K, Denmark |
| RF 272-269 | Shinwa Kaiun Kaisha Ltd.<br>c/o Shinwa (U.S.A.) Inc.<br>300 Harmon Blvd. 4th Floor<br>Secaucus, NJ 07094 |
| RF 272-61368 | Brostroms Rederi AB<br>Ostra Hamngatan 7, S-40330<br>Gothenburg, Sweden |
| RF 272-278 | Sanko Steamship Co. Ltd.<br>c/o Sanko Kisen (U.S.A.) Corp.<br>5 River Road<br>Cos Cob, CT 06807 |
| RF 272-322 | Flota Mercante Grancolombiana S.A.<br>Oscar Antonio Hernandez Gomez, Liquidator<br>Calle 67 No. 7-94 Piso 12<br>A.A. 4482 Bogota D.C. Colombia |
| RF 272-16 | Daichi Chuo Kisen Kaisha<br>c/o Daichi Chuo Shipping (America) Inc.<br>61 Broadway<br>New York, NY 10006 |
| RF 272-66380 | Mead Corp.<br>(Refund to MeadWestvaco Corporation)<br>1 Highridge Park<br>Stamford CT 06905 |
| RF 272-15878 | Mead Paper<br>(Refund to MeadWestvaco Corporation)<br>1 Highridge Park<br>Stamford, CT 06905 |

```
RK 272-02311          Imperial Bondware
                       (Refund to International Paper Company)
                       6400 Poplar Ave.
                       Memphis TN 38197

RF 272-43432          International Paper Company
                       6400 Poplar Ave.
                       Memphis TN 38197

RK 272-01067          International Paper Company
                       6400 Poplar Ave.
                       Memphis TN 38197

RF 272-67822          Weston Paper & Mfg. Co.
                       (Refund to International Paper Company)
                       6400 Poplar Ave.
                       Memphis TN 38197

RF 272-14611          Westvaco Corp.
                       (Refund to Weyerhauser Company)
                       33663 Weyerhauser Way South
                       Federal Way, WA 98003

RF 272-14612          Westvaco Corp.
                       (Refund to Weyerhauser Company)
                       33663 Weyerhauser Way South
                       Federal Way, WA 98003

RF 272-65717          Westvaco Corp.
                       (Refund to Weyerhauser Company)
                       33663 Weyerhauser Way South
                       Federal Way, WA 98003

RF 272-17484          Westvaco Corp.
                       (Refund to Weyerhauser Company)
                       33663 Weyerhauser Way South
                       Federal Way, WA 98003

RF 272-21137          Westvaco Corp.
                       (Refund to Weyerhauser Company)
                       33663 Weyerhauser Way South
                       Federal Way, WA 98003

RF 272-77174          International Paper Company
                       6400 Poplar Ave.
                       Memphis TN 38197
```

```
RF 272-93248          Escanaba Paper Co.
                      P.O. Box 757
                      Escanaba, MI 49829

RF 272-06112          Willamette Industries Inc.
                       (Refund to Weyerhauser Company)
                      33663 Weyerhauser Way South
                      Federal Way, WA 98003

RK 272-03286          Willamette Industries Inc.
                       (Refund to Weyerhauser Company)
                      33663 Weyerhauser Way South
                      Federal Way, WA 98003
```

Case 1:06-cv-01522-RMC    Document 4    Filed 09/05/2006    Page 8 of 8