UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et al** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action: 06-1522 (RMC) |
| | ) |
| **SAMUEL BODMAN, et al** | ) APPEARANCE |
| | ) |
| **Defendants.** | ) |

To the Clerk of this Court and all parties of record:

　　Please enter the appearance of Ada L. Mitrani as counsel in this case for the Defendants Samuel Bodman and George B. Breznay, U.S. Department of Energy.


November 6, 2006　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　Ada L. Mitrani, D.C. Bar # 498560
　　　　　　　　　　　　　　　　　　　　U.S. DEPARTMENT OF ENERGY
　　　　　　　　　　　　　　　　　　　　GC-32 FORS
　　　　　　　　　　　　　　　　　　　　1000 Independence Ave. SW
　　　　　　　　　　　　　　　　　　　　Washington DC 20585
　　　　　　　　　　　　　　　　　　　　202-586-5550