**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et al** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action: 06-1522 (RMC)** |
| | ) |
| **SAMUEL BODMAN, et al** | ) |
| | ) |
| **Defendants.** | ) |

**AGREED MOTION FOR EXTENSION OF TIME**

The parties hereby move for an Order: 1) extending the time for Defendants to file

an answer or a responsive pleading from November 6 to December 8, 2006, and 2)

extending the time for Plaintiffs to file a Motion for Class Certification from December 6 to

January 8, 2006. In support, the Defendants' attorneys state that they moved their offices

in late August and are now expected to move back to their previous office building on or

around November 6, 2006, which is the due date to file a responsive pleading.

Wherefore, the parties pray for an Order setting the time for the Defendants to file

an answer or a responsive pleading by December 8 and for the Plaintiffs to file a Motion

for Class Certification by January 8, 2006.

_____/s/_____        _____/s/_____
Philip P. Kalodner D.C. Bar # 973578      Ada L. Mitrani, D.C. Bar # 498560
208 Righters Mill Rd.                     U.S. DEPARTMENT OF ENERGY
Gladwyne, PA19035                         GC-32 FORS
(610) 649-8749                            1000 Independence Ave. SW
Attorney for Plaintiffs                   Washington DC 20585
                                          202-586-5550
                                          Attorney for Defendants