## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et al** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action: 06-1522 (RMC) |
| | ) |
| **SAMUEL BODMAN, et al** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The parties' Agreed Motion for Extension of Time, filed on November 6, 2006, is hereby granted.

It is ORDERED, that the time for the Defendants to file an answer or a responsive pleading is extended to December 8, 2006. It is further ORDERED that the time for the Plaintiffs to file a Motion for Class Certification is extended to January 8, 2006.

Dated: _____

_____

JUDGE OF DISTRICT COURT