# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et. al.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action: 06-1522 (RMC) |
| | ) |
| **SAMUEL BODMAN, et. al.,** | ) APPEARANCE |
| | ) |
| **Defendants.** | ) |
| | ) |

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Stephen C. Skubel as counsel in this case for the Defendants Samuel Bodman and George B. Breznay, U.S. Department of Energy.

November 17, 2006                                   _____/s/_____
                                                                Stephen C. Skubel, D.C. Bar # 256461
                                                                U.S. DEPARTMENT OF ENERGY
                                                                GC-31 FORS
                                                                1000 Independence Ave. SW
                                                                Washington DC 20585
                                                                202-586-5579