**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case no. 1:06-cv-01522-RMC |
| v. | ) |
| | ) |
| | ) |
| **SAMUEL BODMAN, et. al.** | ) |
| | ) |
| **Defendants.** | ) |

## ANSWER

For their answer to the complaint, Samuel Bodman, Secretary of Energy, and George Breznay, Director of Office of Hearings and Appeals, Department of Energy, admit, deny and allege as follows:

A. <u>Nature of Action, Jurisdiction and Venue</u>

1. The allegations contained in paragraph 1 constitute a description of the action as to which no answer is required. To the extent an answer is required, they are denied.

2. Admit.

3. Admit.

B. <u>Parties</u>

4. Admit.

5. Admit.

6. Admit.

C. <u>Class Action Allegations</u>

7. Deny.

8. Deny.

D. Background

9. Admit that there is a "Notice of final procedures for distribution of remaining crude oil overcharge refunds," published at 71 FR 2195, January 13, 2006. The Notice speaks for itself. All allegations of facts in paragraph 9 that are not contained in the Notice are denied.

10. Admit that there is a "Notice of final procedures for distribution of remaining crude oil overcharge refunds," published at 71 FR 2195, January 13, 2006. The Notice speaks for itself. All allegations of facts in paragraph 10 that are not contained in the Notice are denied.

11. Admit.

E. Cause of Action

12. The allegation in paragraph 12 does not require admission or denial.

13. Defendants admit that they withheld from distribution a certain amount, included in which is 10% of the amount determined due to all claimants as of December 28, 2005 for possible payment as attorney fees to Kalodner. Defendants deny all other factual allegations in paragraph 13.

14. Defendants deny the allegations in paragraph 14 for lack of knowledge or information sufficient to form a belief as to the truth.

15. Defendants admit that Kalodner has a lawsuit pending in which he as plaintiff seeks the 10% reserved by DOE for payment of common fee to him and deny all other allegations in paragraph 15.

16. Deny.

17. Deny.

18. Deny.

WHEREFORE, the Defendants request that the Complaint be dismissed and that the Defendants be granted such other and further relief as the Court may deem just and proper.

                                          _____/s/_____
                                          Ada L. Mitrani, D.C. Bar # 498560
                                          Stephen C. Skubel, D.C. Bar # 256461
                                          U.S. DEPARTMENT OF ENERGY
                                          GC-31 FORS
                                          1000 Independence Ave. SW
                                          Washington D.C. 20585
                                          Tel. 202-586-5550
                                          Fax 202-586-3437