IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. et al : : Plaintiffs : : V. : : SAMUEL BODMAN Secretary of Energy, United States et al : : Defendants : | Case Number 1:06CV01522RMC |

## STIPULATION IN LIEU OF CLASS CERTIFICATION

WHEREAS the eight plaintiffs brought this action as a purported class action on their own behalf and on behalf of all crude oil refund claimants represented by Philip P. Kalodner ("Kalodner") with whom Kalodner has fee agreements and as to whom Kalodner has waived any claim for a common fund fee to be paid from refunds distributed or to be distributed by the U.S. Department of Energy ("Kalodner Client Group"); and

WHEREAS in lieu of the filing of, response to, and a ruling on, a motion for class certification, the Kalodner Client Group and the federal defendants ("Department of Energy" or "DOE") desire to stipulate that the determination on the merits as to any remedy to be provided to, or denied to, plaintiffs in this

1

action will apply as to all of the members of the Kalodner Client Group:

NOW THEREFORE, it is Stipulated by and between the federal defendants and the members of the Kalodner Client Group, acting by their attorney Philip P. Kalodner, as follows:

1. The determination on the merits as to any remedy to be provided to, or denied to, plaintiffs in this action will apply as to all of the members of the Kalodner Client Group, as listed in Exhibit A to the Complaint as to all claims listed in such Exhibit A.

2. This Stipulation is entered into in lieu of the filing of a motion for class certification, and without prejudice to the positions which the parties hereto would take if such a motion were to be filed.

```
                         PLAINTIFFS and THE
                         KALODNER CLIENT GROUP

                         BY   s/Philip P. Kalodner

                         Philip P. Kalodner
                         Attorney for Plaintiffs
                          And the Kalodner Client Group

                         FEDERAL DEFENDANTS


                         BY   S/ Ada L. Mitrani By Philip Kalodner

                         Ada L. Mitrani
                         Stephen C. Skubel
                         Attorneys for Defendants
```

APPROVED BY THE COURT:

_____
ROSEMARY M. COLLYER

U.S. DISTRICT JUDGE