IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. et al<br><br>     Plaintiffs<br><br>          V.<br><br>SAMUEL BODMAN<br>Secretary of Energy, United States et al<br><br>     Defendants | Case Number 1:06CV01522RMC |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Consolidated Edison Co. et al, on their own behalf and on behalf of all crude oil refund claimants represented by Philip P. Kalodner ("Kalodner") with whom Kalodner has fee agreements and as to whom Kalodner has waived any claim for a common fund fee to be paid from refunds distributed or to be distributed by the U.S. Department of Energy ("Kalodner Client Group") respectfully move for an Order directing the defendants to distribute forthwith to the plaintiffs and the members of the Kalodner Client Group the 10% withheld from them for possible payment of a common fund fee to Kalodner, an amount of $.000077561 per qualified gallon, together with the interest earned thereon in the U.S. Treasury from and after December 28, 2005 and until the date of distribution of such $.000077561.

1

In support of this Motion plaintiffs submit a Statement of Material Facts and a Statement of Points and Authorities.

Plaintiffs respectfully request the opportunity to offer oral argument in support of this Motion.

Respectfully submitted,

_____

Philip P. Kalodner
208 Righters Mill Rd.
Gladwyne PA 19035
DC Bar 973578
610-649-8749

Attorney for Plaintiffs
And the Kalodner Client Group