IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. et al : : Plaintiffs : : V. : : SAMUEL BODMAN : Secretary of Energy, United States et al : : Defendants : | Case Number 1:06CV01522RMC |

---

PROPOSED ORDER GRANTING

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT


Plaintiffs, Consolidated Edison Co. et al, on their own behalf and on behalf of all crude oil refund claimants represented by Philip P. Kalodner ("Kalodner") with whom Kalodner has fee agreements and as to whom Kalodner has waived any claim for a common fund fee to be paid from refunds distributed or to be distributed by the U.S. Department of Energy ("Kalodner Client Group") has moved for an Order directing the defendants to distribute forthwith to the plaintiffs and the members of the Kalodner Client Group the 10% withheld from them for possible payment of a common fund fee to Kalodner, an amount of $.000077561 per qualified gallon, together with the interest earned thereon in the U.S. Treasury from and after December 28,

1

2005 and until the date of distribution of such $.000077561.

Upon consideration, the Court has determined to grant the prayer of the Motion.

Accordingly, it is hereby ORDERED that:

The defendants shall distribute forthwith to the plaintiffs and the members of the Kalodner Client Group the 10% withheld from them for possible payment of a common fund fee to Kalodner, an amount of $.000077561 per qualified gallon, together with the interest earned thereon in the U.S. Treasury from and after December 28, 2005 and until the date of distribution of such $.000077561.

_____

ROSEMARY M. COLLYER

UNITED STATES DISTRICT JUDGE