**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case no. 1:06-cv-01522-RMC |
| v. | ) |
| | ) |
| | ) |
| **SAMUEL BODMAN, et. al.** | ) |
| | ) |
| **Defendants.** | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Defendants respectfully request an extension of time to file a response to Plaintiffs' Motion for Summary Judgment, filed herein on January 11, 2007. In support, they state as follows:

1. A response to the Motion for Summary Judgment is due by January 24, 2007.

2. The Defendants' lead attorney in this matter, Ada L. Mitrani, is the Department of Energy (DOE) primary attorney in a case filed against DOE in the Court of Federal Claims. DOE is under a deadline to respond to a massive discovery request and is in the process of reviewing hundreds of thousands of documents for responsiveness and privilege in that case.

3. The volume of work associated with the case in the Court of Federal Claims and the deadlines associated with it prevent Defendant's counsel from devoting the time necessary to respond to the Motion for Summary Judgment.

4. Defendants' counsel and Plaintiffs' counsel have conferred and Plaintiffs' counsel does not object to an extension of time until February 12, 2007.

WHEREFORE, Defendants respectfully ask for an Order permitting them to file a response to the Plaintiffs' Motion for Summary Judgment no later than February 12, 2006.

        Respectfully submitted:

        _____/s/_____
        Ada L. Mitrani, D.C. Bar # 498560
        Stephen C. Skubel, D.C. Bar # 256461
        U.S. DEPARTMENT OF ENERGY
        GC-31 FORS
        1000 Independence Ave. SW
        Washington D.C. 20585
        Tel. 202-586-5550
        Fax 202-586-3437