UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED EDISON CO., et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case no. 1:06-cv-01522-RMC |
| v. | ) |
| | ) |
| | ) |
| SAMUEL BODMAN, et. al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Court, having considered *Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Summary Judgment*, finds that the Motion should be granted.

IT IS ORDERED that Defendants are to file response to the Plaintiffs' Motion for Summary Judgment no later than February 12, 2007.

Dated:_____

_____
JUDGE OF DISTRICT COURT