**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case no. 1:06-cv-01522-RMC |
| v. | ) |
| | ) |
| | ) |
| **SAMUEL BODMAN, et. al.** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants hereby move pursuant to Fed. R. Civ. P. 56(b) for a summary judgment in their favor. This motion is supported by the authorities, arguments, and evidentiary materials set forth in and attached to the accompanying memorandum.

Respectfully submitted,

_____/s/_____
ADA. L. MITRANI, D.C. Bar # 498560
STEPHEN C. SKUBEL, D.C. Bar # 256461
U.S. Department of Energy
Office of the General Counsel, GC-31
1000 Independence Ave, SW
Washington DC, 20585
202-586-5550