**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et al** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action: 06-1522 (RMC) |
| | ) |
| **SAMUEL BODMAN, et al** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court, having considered the pleadings and the parties' cross Motions for summary judgment and memorandums associated with them, finds that summary judgment should be granted in favor of the Defendants and against the Plaintiffs.

It is ORDERED, that judgment is entered in favor of the Defendants. The Plaintiffs' case is dismissed with prejudice.

_____

JUDGE OF DISTRICT COURT