**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CONSOLIDATED EDISON CO., et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case no. 1:06-cv-01522-RMC |
| v. | ) |
| | ) |
| | ) |
| **SAMUEL BODMAN, et. al.** | ) |
| | ) |
| **Defendants.** | ) |

## ERRATA

The Defendants respectfully ask that the attached hereto Memorandum and proposed order are accepted by the court in support of Defendants' Motion for Summary Judgment filed on February 12, 2007. The Memorandum, which is in support of Defendants' motion as well as in opposition to Plaintiffs' motion for summary judgment, was filed on February 12, 2007, but only as a response to Plaintiffs' motion. The Defendants should have also filed the Memorandum and proposed order as attachments to their own motion, but inadvertently failed to do so.

          Respectfully submitted,

          _____/s/_____
          ADA. L. MITRANI, D.C. Bar # 498560
          STEPHEN C. SKUBEL, D.C. Bar # 256461
          U.S. Department of Energy
          Office of the General Counsel, GC-31
          1000 Independence Ave, SW
          Washington DC, 20585
          202-586-5550