UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED EDISON CO.**, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-1522 (RMC) |
| **SAMUEL BODMAN**, *et al.*, ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment [Dkt. No. 10] is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Dkt. No. 12] is **GRANTED**. Accordingly, the case is dismissed from the Court's docket. This is a final appealable order. See Fed. R. App. P. 4(a).

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

DATE: March 16, 2007