IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED EDISON CO. OF NEW YORK, INC., et al<br><br>    Plaintiff<br><br>        v.<br><br>SAMUEL BODMAN,<br>Secretary of Energy et al<br><br>    Defendants | Civil Action No 06-1522 (RMC) |

**RECEIVED**
APR 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Edison Co. of New York, Inc., Long Island Lighting Co., Orange and Rockland Utilities Inc., Pacific Gas & Electric Company, San Diego Gas & Electric Company, International Paper Company, Weyerhauser Company and MeadWestvaco Corporation hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from a Memorandum Opinion and Order entered March 16, 2007 granting defendants' motion for summary judgment, denying plaintiffs' motion for summary judgment and dismissing Plaintiffs' complaint, such Order constituting a final order disposing of all of plaintiffs' claims.

Respectfully submitted,

_____
Philip P. Kalodner
208 Righters Mill Road
Gladwyne, PA 19035
(610) 649-8749
DC Bar 973578
ATTORNEY FOR APPELLANTS

April 26, 2007

```
Court Name: District of Columbia
Division:
Receipt Number: 4616893911
Cashier ID: pcostill
Transaction Date: 04/27/2007
Payer Name: PHILIP P KALODNER PC
----------------------------------
NOTICE OF APPEAL FILING FEE
 For: PHILIP P KALODNER PC
 Amount:     $455.00
----------------------------------
CHECK
 Check/Money Order Num: 1275
 Amt Tendered: $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:      $0.00
```

Case # 06-1522

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.